# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129007 & (53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF JOHN WAYNE PATROSKE,
a Protected Individual.

_____

KENNETH SCHLACHT, CONSERVATOR,
      Petitioner-Appellant,
      Cross-Appellee,

v

BETTE PATROSKE,
      Respondent-Appellee,
      Cross-Appellant.

SC: 129007
COA: 253067
Wayne PC: 76-673099-CA

_____/

      On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s1219

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk